```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 05885
   SHELIA DUKES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-3488
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

The case was filed on 04/02/2007 and was not confirmed.

The case was dismissed without confirmation 08/23/2007.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO BANK NA | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | 23480.65 | .00 | .00 |
| ACCESS CREDIT UNION | UNSEC W/INTER | 2634.15 | .00 | .00 |
| CINGULAR | UNSEC W/INTER | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSEC W/INTER | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSEC W/INTER | 293.63 | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSEC W/INTER | 1111.10 | .00 | .00 |
| ACCESS CREDIT UNION | SECURED NOT I | 4208.25 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | NOTICE ONLY | NOT FILED | .00 | .00 |
| FORRESTVILLE CONDO ASSOC | FILED LATE | 4446.38 | .00 | .00 |
| ROBERT J SEMRAD & ASSOC | DEBTOR ATTY | .00 |  | .00 |
| TOM VAUGHN | TRUSTEE |  |  | .00 |
| DEBTOR REFUND | REFUND |  |  | 948.00 |

Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 948.00 |  |
| PRIORITY |  | .00 |
| SECURED |  | .00 |
| UNSECURED |  | .00 |
| ADMINISTRATIVE |  | .00 |
| TRUSTEE COMPENSATION |  | .00 |
| DEBTOR REFUND |  | 948.00 |
| TOTALS | 948.00 | 948.00 |

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                      /s/ Tom Vaughn

Dated: 12/05/07                 _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE